UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KEITH DEWITT,

       Plaintiff,

                                         Case No. 1:10-cv-699

v.

                                         HONORABLE PAUL L. MALONEY

WILLOW COLD STORAGE
CORPORATION, et al.,

       Defendants.

_____/


**ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendants Willow Cold Storage Corporation and Arbre Farms Corporation have not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendants Willow Cold Storage Corporation and Arbre Farms Corporation shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date:   August 16, 2010                      /s/ Paul L. Maloney
                                            Paul L. Maloney
                                          Chief United States District Judge